IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JONATHAN D. MOTEN,              )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        2:25cv570-MHT
                                )             (WO)
ANTONIO T. BARNES, Lt.,         )
and ANTONIO MCCLAIN,            )
Warden, in their                )
individual capacity and         )
official capacity,              )
                                )
     Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner, filed this lawsuit complaining that the defendant correctional lieutenant used excessive force in searching his body for contraband, resulting in injury. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to file a prison account statement as ordered. There are no objections to the recommendation. After an independent and de

novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of October, 2025.

                                    /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE